<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 98-6096**

—————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EDDIE HAIGLER, a/k/a Ram,

Defendant - Appellant.

—————

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Charles E. Simons, Jr., Senior District Judge.  (CR-89-186-5, CA-95-2208-5-6)

—————

Submitted:  April 16, 1998          Decided:  May 1, 1998

—————

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

Eddie Haigler, Appellant Pro Se.  Cameron Glenn Chandler, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Appellee's motion for summary judgment and denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Haigler</u>, Nos. CR-89-186-5; CA-95-2208-5-6 (D.S.C. Nov. 24, 1997). <u>See</u> <u>Lindh v. Murphy</u>, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>